## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.

**El Palacio de los Jugos, Inc.**,
a Florida Corporation,

     Plaintiff,

v.

**El Patio de los Jugos USA Corp.**
a Florida Corporation, and
**Yoel Hernandez**, as an individual.

     Defendants.

_____/

## **COMPLAINT**

Plaintiff El Palacio de los Jugos, Inc. (hereinafter "Plaintiff") a Florida Corporation

having place of business at 20 N.W. 41st Avenue, Miami, FL 33126, sues El Patio de los Jugos

USA Corp., a Florida Corporation having place of business at 64 West 49th St, Hialeah, FL

33012 (hereinafter "El Patio de los Jugos"), and Yoel Hernandez an individual, (collectively

"Defendants"), and makes the following allegations:

## **PARTIES, JURISDICTION, AND VENUE**

1. Plaintiff is a Florida Corporation, with its principal place of business at 20 N.W. 41st

   Avenue, Miami, FL 33126.

2. El Patio de los Jugos is a Florida Corporation with its principal place of business at 64

   West 49th St, Hialeah, FL 33012.

3. Yoel Hernandez is an individual residing at 64 West 49th St, Hialeah, FL 33012.

4. This is an action for federal mark infringement, false description and representations, false designations of origin under the Lanham Act, Title 15, United States Code, Sections 1114 and 1125(a); and the ancillary state causes of action of common law trade mark infringement and unfair competition.

5. Jurisdiction of this Court arises under 28 U.S.C. Sec. 1331, 28 U.S.C. Sec. 1338, and under the doctrine of pendent jurisdiction over state claims arising from a common nucleus of operative facts.

6. Venue is proper in this District pursuant to 28 U.S.C. §1391(b) and (c) and §1400(b) because one or more of the defendants reside or can be found in this District, Defendant does business in this District, and/or a substantial part of the events or omissions giving rise to the claim occurred in this District.

## FACTUAL BACKGROUND

7. Plaintiff is the owner of the mark EL PALACIO DE LOS JUGOS for restaurant services in International Class 043 in the United States Patent and Trademark Office.  Plaintiff initially filed a trademark application with the United States Patent and Trademark Office (US Serial No. 77803991) on August 13, 2009, which later on April 13, 2010 matured into US Registration No. 3,774,424.

8. Plaintiff has used, and continues to use, in commerce in the United States the mark EL PALACIO DE LOS JUGOS for restaurant services. See Exhibit 1, corresponding to images of Plaintiff's restaurant bearing Plaintiff's mark.

9. Plaintiff started using in commerce its trademark,  EL PALACIO DE LOS JUGOS since at least as early as June 1st, 1989, and has used its trademark EL PALACIO DE LOS JUGOS continuously since June 1st, 1989 in promotional and advertising material thus

creating valuable goodwill for the Plaintiff's mark.  See Exhibit 2, corresponding to samples of articles and promotional material depicting Plaintiff's marks.

10. Plaintiff's unique mark is prominently featured on Plaintiff's website https://www.elpalaciodelosjugos.com , as well as its business material and marketing.

11. Plaintiff advertises its services under the EL PALACIO DE LOS JUGOS mark online, through social media, at its restaurant, and physical promotional material.

12. Plaintiff's services under the EL PALACIO DE LOS JUGOS mark are well known by relevant consumers due to Plaintiff's good reputation in the restaurant services business. See Exhibit 3, corresponding to Plaintiff's services reviewed by clients.

13. Plaintiff has expended considerable money and effort promoting its mark EL PALACIO DE LOS JUGOS in Florida and throughout the United States to acquire its goodwill.

14. Upon information and belief, Defendants El Patio de los Jugos and Yoel Hernandez were aware of the existence of EL PALACIO DE LOS JUGOS before Defendants adopted the designation EL PATIO DE LOS JUGOS and nonetheless proceeded to use the confusingly similar designation.

15. Upon information and belief El Patio de los Jugos and Yoel Hernandez have used the mark EL PATIO DE LOS JUGOS (hereinafter referred to as "Infringing Designation") in commerce for restaurants services since at least as early as October 24th, 2015.

16. On or about February 20, 2018, El Patio de los Jugos became a Florida corporation under the name "El Patio De Los Jugos USA Corp".  See Exhibit 4, corresponding to the records of when El Patio de los Jugos incorporated.

17. Defendants have knowingly and willfully adopted and used the Infringing Designation knowing about the prior existence of Plaintiff's rights over the EL PALACIO DE LOS JUGOS mark.

18. Defendants' restaurant uses a very similar name, with similar appearance and with a highly similar phonetic sound and pronunciation thereby increasing the likelihood of confusion. See Exhibit 5, corresponding to a side by side of Plaintiff's use of its mark EL PALACIO DE LOS JUGOS and Defendants use of the Infringing Designation EL PATIO DE LOS JUGOS.





19. Plaintiff has been, and will continue to be, damaged by the acts of Defendants. Moreover, the goodwill of EL PALACIO DE LOS JUGOS has been damaged and will continue to be irreparably damaged unless Defendants are enjoined from using the Infringing Designation.

20. Plaintiff has objected to Defendants' use of the confusingly similar designation, including by sending a cease and desist letter dated February 15th, 2019.   See Exhibit 6, corresponding to the cease and desist letter sent.

21. Since at least February 15th, 2019 Defendants have intentionally infringed upon Plaintiff's intellectual property rights.

22. There is no adequate remedy at law for this irreparable harm unless an injunction is issued.

23. Based upon information and belief, Defendants are all related; specifically, Yoel Hernandez is a Member of El Patio de los Jugos and the driving force behind the company. See Exhibit 4, corresponding to the records of El Patio de los Jugos articles of incorporation and annual reports showing Yoel Hernandez as El Patio de los Jugos' President.

24. Upon information and belief, Yoel Hernandez and El Patio de los Jugos own and/or operate the restaurant using the Infringing Designation.

## COUNT I
## FEDERAL MARK INFRINGEMENT UNDER 15 U.S.C. 1114

Plaintiff repeats and reincorporates the allegations set forth in Paragraphs 1 through 24, as if fully set forth herein.

25. This count arises under the Section 32 of the Lanham Act, 15 U.S.C. §§ 1114, et. seq.

26. Plaintiff owns a valid and active United States Trademark registration for its mark EL PALACIO DE LOS JUGOS for restaurant services.  See Exhibit 7 showing Plaintiff's Certificate of Registration No. 3,774,424.

27. After Plaintiff's use of the mark EL PALACIO DE LOS JUGOS for restaurant services and after Plaintiff's Registration Date for the mark EL PALACIO DE LOS JUGOS for restaurant services, Defendants adopted and used in commerce the confusingly similar infringing mark EL PATIO DE LOS JUGOS for restaurant services.

28. Defendants' adoption and use of the infringing mark EL PATIO DE LOS JUGOS was with knowledge of Plaintiff's EL PALACIO DE LOS JUGOS mark.

29. Defendants' use of the infringing mark is likely to cause confusion, mistake or to deceive the public as the source of Defendants' services and/or the affiliation, connection or association of Defendants' and their services with Plaintiff.

30. Defendants' acts constitute trademark infringement of Plaintiff's federally registered marks in violation of Section 32 of the Federal Trademark Act, 15 U.S.C. § 1114 and such infringement is willful.

31. As a result of the foregoing, Plaintiff has been damaged in an amount that will be ascertained at trial. It would be difficult to ascertain the amount of compensation which could afford Plaintiff adequate relief for such continuing acts.

6

32. By reason of Defendants' acts, Defendants have caused and will continue to cause irreparable injury to Plaintiff and, unless enjoined by this Court, such acts will continue, and Plaintiff will continue to suffer irreparable injury.

33. Plaintiff has no adequate remedy at law.

### COUNT II
### VIOLATION OF SECTION 43(a) OF THE LANHAM ACT (15 U.S.C. §1125(a))

Plaintiff repeats and reincorporates the allegations contained in Paragraphs 1 through 24 above, as if fully set forth herein.

34. This account arises under Section 43(a) of the Trademark Act of 1946, as amended, 15 U.S.C. §1125(a).

35. Defendants unauthorized use in commerce of the infringing mark constitutes a false designation of origin and a false association that wrongfully and falsely designates the services offered thereunder as originating from Plaintiff, or as being associated, affiliated or connected with or approved or sponsored by Plaintiff.

36. Defendants' activities as described above, constitute trademark infringement and false designation of origin, affiliation or sponsorship in violation of 15 U.S.C. § 1125(a), and such acts are willful.

37. As a result of the foregoing, Plaintiff has been damaged in an amount that will be ascertained at trial. It would be difficult to ascertain the amount of compensation which could afford Plaintiff adequate relief for such continuing acts.

38. By reason of Defendants' acts, Defendants have caused and will continue to cause irreparable injury to Plaintiff and, unless restrained by this Court, such acts will continue, and Plaintiff will continue to suffer irreparable injury.

39. Plaintiff has no adequate remedy at law.

## COUNT III
## <u>COMMON LAW MARK INFRINGEMENT</u>

Plaintiff repeats and reincorporates the allegations contained in Paragraphs 1 through 24 above, as if fully set forth herein.

40. The use and/or advertising of the Infringing Designations by Defendants is likely to cause confusion or mistake among purchasers as to the source and/or sponsorship of Defendants' restaurant services with those of Plaintiff.

41. Defendants' use and/or advertising of the Infringing Designation to identify the same, or related services is likely to cause confusion or mistake among purchasers as to the source and sponsorship of the services and such acts of said Defendants constitutes common law infringement of Plaintiff's Mark. The dominant portion of Plaintiff's mark is EL PALACIO DE LOS JUGOS and the dominant portion of Defendants' mark is the similar designation EL PATIO DE LOS JUGOS.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to grant:

     a.     preliminary and permanent injunctive relief;

     b.     compensatory damages and punitive damages;

     c.     accounting and lost profits;

     d.     and any other relief the Court deems just and proper.

## COUNT IV
## <u>COMMON LAW UNFAIR COMPETITION</u>

Plaintiff repeats and reincorporates the allegations contained in Paragraphs 1 through 24 above, as if fully set forth herein.

42. Plaintiff is the prior user of the EL PALACIO DE LOS JUGOS mark in the United States, which was in use on or before June 1st, 1989, long before any use by Defendants of the Infringing Designation.

43. Plaintiff's EL PALACIO DE LOS JUGOS mark is arbitrary and inherently distinctive and entitled to protection.

44. Defendants are using, within the State of Florida, confusingly similar names and brands to identify services that compete directly with those of Plaintiff.

45. Defendants' actions are likely to cause consumer confusion as to the source or sponsorship of their products.

46. Defendants' activities as described above constitute unfair competition under the common law of the State of Florida.

47. As a result of the foregoing, Plaintiff has been damaged in an amount that will be ascertained at trial. It would be difficult to ascertain the amount of compensation which could afford Plaintiff adequate relief for such continuing acts.

48. By reason of Defendants' acts, Defendants have caused and will continue to cause irreparable injury to Plaintiff and, unless restrained by this Court, such acts will continue, and Plaintiff will continue to suffer irreparable injury.

49. Plaintiff has no adequate remedy at law.

9

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

1.  That Defendants, and their officers, agents, servants, employees and attorneys and all persons or entities in active concert or participation with any of them who receive actual notice of the injunctive order, be preliminarily and permanently enjoined, from:

    a.  Using, advertising, promoting, displaying, registering, applying for or maintaining registrations for, or exploiting in any manner, the mark or name EL PALACIO DE LOS JUGOS, or any other marks, designations, designs or trade dress confusingly similar to the Plaintiff's registration;

    b.  Committing any other acts calculated or likely to cause the public to believe that Defendants or their services are in any way connected, affiliated or associated with Plaintiff; and/or

    c.  Competing unfairly with Plaintiff in any other way.

2.  Pursuant to 15 U.S.C. § 1118, that Defendants deliver to Plaintiff for destruction all material (including, without limitation, all products, catalogs, advertisements, promotional materials, brochures, signs, displays, stationery and business cards), within their possession, custody or control, either directly or indirectly, that bears or uses the infringing marks or any of them, or any other marks, designations, designs or trade dress confusingly similar to the Plaintiff's registration.

3.  Pursuant to 15 U.S.C. § 1116(a), that Defendants be directed to file with the Court and serve upon Plaintiff within thirty (30) days after entry of final judgment, a report in writing and under oath setting forth in detail the manner and form by which it has complied with the provisions set forth in paragraphs 1 and 2 above;

10

4. Pursuant to 15 U.S.C. § 1117(a) and the common law of unfair competition, that Defendants be directed to account to Plaintiff for all gains, profits and advantages derived from Defendants' wrongful acts;

5. Pursuant to 15 U.S.C. § 1117(a), that Plaintiff recover from Defendants three times the amount of their profits or any damages sustained by Plaintiff, together with interest on such amount and the costs of this action;

6. Pursuant to 15 U.S.C. § 1117(a), that Plaintiff recover from Defendants, Plaintiff's attorneys' fees and costs in this action; and

7. That Plaintiff have such other and further relief as the Court deems just, equitable and proper.

## DEMAND FOR JURY TRIAL

Plaintiff El Palacio de los Jugos Inc. respectfully requests a trial by jury on all issues so triable in accordance with Fed. R. Civ. P. 38.

Dated: November 8, 2019                    Respectfully submitted,


      **/s/ Christian Sanchelima**
Chris Sanchelima, Esq. (Fla. Bar No.  107751)
chris@sanchelima.com
Sanchelima & Associates, P.A.
235 S.W. Le Jeune Road
Miami, Florida 33134
Telephone:  (305) 447-1617
Facsimile:  (305) 445-8484
*Attorneys for Plaintiff*

## VERIFICATION

I, _Reinaldo Bermudez_, declare as follows:

I am the founder and chairman of El Palacio de los Jugos. and I am authorized to make this verification on its behalf.

I have read the foregoing VERIFIED COMPLAINT and I am familiar with its contents.  The matters stated therein are true to the best of my knowledge, information, and belief.

Executed on _October 15th_ 2019 at _3 PM_ , _Miami, FL_ .

I declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct.

El Palacio de los Jugos Inc.

12

# Exhibit 1



# Exhibit 2





## Miami New Times

*Now Reading:*

## LOCATIONS

**OUR CRITICS PICKS**

**Michael's Genuine Food & Drink**
Midtown/Wynwood/Design District
Contemporary ▸   American ▸

**Red the Steakhouse**
South Beach
Steakhouse ▸

**Lucali**
South Beach
Italian ▸   Restaurants ▸

**Yakko-San**
Aventura/North Miami Beach
Asian ▸   Japanese ▸   Sushi ▸

**Verde**
Downtown/Overtown
Armenian ▸   Restaurants ▸

**CALENDAR ▸**
Find the best things to do in Miami.

**New Times INSIDERS**

Become an Insider for free stuff, concert and dining info & more!

SIGN UP NOW





*billwisserphoto.com*

billwisserphoto.com ">

MORE IMAGES

# El Palacio de los Jugos

5721 W. Flagler St.
Miami, FL 33144

Sweetwater/Westchester/West Miami

305-264-1503
http://www.elpalaciodelosjugos.com

SHARE THIS

The name translates to "the Juice Palace." And this place is exactly that – one of the best spots in town for fresh, natural juices. But it is also so much more. El Palacio de los Jugos is an open-air restaurant with three main areas – a juice bar, a sandwich counter, and a long, large hot-food section that serves kick-ass Cuban food as individual meals or by the pound. Prices tend to be low, even for seafood dishes such as lobster. By far the most popular dish here is lechón asado, served with congri and yuca or maduros. Pescado de aguja, with yellow rice, is also extremely popular, as is pollo asado, with yellow rice and boniato (fried sweet potato). There are some tradeoffs, depending upon your perspective: El Palacio is always jam-packed, and it is usually packed with everyone from young couples to entire families toting screaming toddlers. But the food is fantastic, and the prices can't be beat.
*Read our full review of El Palacio de los Jugos.*

*advertisement*



UNLEASH YOUR INNER MAVERICK

Invoice Pricing* on all 2019 and Previous Year Model CanAm Mavericks

**DETAILS**

**Hours:** Mon - Sat: 8:00 am - 9:00 pm Sun: 8:00 am - 8:00 pm
**Price:** $
**Serving:** Breakfast, Lunch, Dinner
**Alcohol:** No Alcohol
**Features:** Kid Friendly, Patio/Sidewalk Dining, Takeout
**Parking:** Parking Lot Available
**Reservations:** Reservations Not Accepted

Cuban ▸   Restaurants ▸

**El Palacio de los...** ★
View larger map

El Palacio de los Jugos
Outdoor stand for juice & Cuban eats



HOME   THINGS TO DO   FOOD   CLUB + BARS   MORE

FOOD

## Let's laugh at two locals who just discovered El Palacio de los Jugos

BY CONNIE OGLE

JANUARY 22, 2019 05:01 AM, UPDATED FEBRUARY 07, 2019 08:10 AM



These locals had never been to El Palacio de los Jugos. (Matias Ocner/Miami.com)





VIDEOS



This KFC in Hialeah has a secret item on their menu: flan

Caffe Abbracci celebrates 30 years in Coral Gables

Look, we know not going to El Palacio de los Jugos until now is extremely lame. But we went. And we learned a few things and found plenty of reasons to go back again.

Here are our takeaways:

**IT'S AN ACTUAL CAFE**

One of us (Chloe) stupidly thought it was a tent. But El Palacio de los Jugos is a legitimate cafe. In fact, it's a combination of various vendors who are ready to fill you up on some delicious, cost-efficient food.





ENTER NOW

LYNN
UNIVERSITY

Learn more

**A MEAL WON'T BREAK THE BANK**

The food is fairly priced. And the serving staff do not skimp on portions. You want rice? Be ready for a plate full. Meat? They'll give you more than you could ever eat. Ordering a combo? It'll be enough to feed a family of four. And it will all be under $20.

READ: No Cuban abuela? No problem. These are Miami's best Cuban restaurants

**THERE IS A LOT OF PORK ON THE MENU**

Of course there is. This is the pork epicenter of Miami. We tried hard to yield yucca without pork. It was not possible. In the arroz imperial, lying under the shelf of cheese and hidden amid the rice and chicken lurked a layer of ham. We are pretty sure the chefs even managed to sneak some into the mamey shake.

**THERE ISN'T MUCH FOR VEGETARIANS HERE, BUT WHAT THERE IS TASTES GOOD**

The calabaza. The shakes. The empanadas - oh, wait, when we tried to order a vegetable one we got ham instead. Never mind. But the calabaza is next level delicious. Also please fry more root vegetables for us. We will eat all of them.

**EVEN IF YOUR SPANISH ISN'T GREAT, YOU CAN STILL ORDER EASILY ENOUGH**

Gesturing excitedly toward food you want to stuff in your face is the universal language.

READ: Navigating El Palacio de los Jugos can be a pain. Here's how to order like a boss

**YOU HAVE TO TRY A SHAKE**

What can we say about the guanabana shake? We still can't pronounce it, but we want to drink more of this sweet, creamy concoction. The only way to make it better is to put a little rum in it.



# El Palacio de los Jugos: Food Fit for a King

**ILY GOYANES** | OCTOBER 2, 2010 | 8:16AM

*El Palacio de los Jugos* (literally "the juice palace") is much more than its name. The place comes off as a Latino version of Golden Corral, offering tons of epic foodstuffs for our gluttonous enjoyment. Okay, so this is no buffet with endless servings, but just one take-out meal from El Palacio can feed an entire African village or an Appalachian mountain family. And the best part is, no matter where you live, you're covered. There are four locations spread throughout the city.

At El Palacio you can order food by the pound, as a meal, or a la carte. You can also guzzle down an assortment of natural juices, from mango to carrot, or any mixture. What we love about places like this versus, oh we don't know, Whole Foods or any place on the Beach, is that the juices are unpretentious. They don't scream "look at me, look at me! I am organic! I am healthy! I cost $8 per 16 oz. serving!" Instead, they whisper, "*Oye*, we're delicious and refreshing, and we only cost $2.50 a cup, *meng*."

They are also consistent. When you've been to one Palacio, you've been to them all. There are the many food areas (seafood, beef, pork, seafood, chicken), then there is the sandwich spot ($3.50 to $6.75), and the juice location ($2.00 to $7.00). Most meals run between $6 and $12, the highest-priced plates consisting of a seafood entrée, usually lobster or shrimp.

No matter which Palacio you visit, you'll get the same thing: fresh food that tastes good served in manly man-sized portions. Like Alexander Garcia, one of the many patrons lined up to get his food on recently, said, "Are you kidding? I come here because I love to eat. It's real Cuban food, and a lot of it. Plus, for less than $20, I get a feast. I feel like a king."

**IF YOU LIKE THIS STORY, CONSIDER SIGNING UP FOR OUR EMAIL NEWSLETTERS.**

SHOW ME HOW

*El Palacio de los Jugos*
*5721 W. Flagler Street, Miami*
*7085 Coral Way, Miami*
*14300 SW 8 Street, Miami*
*15110 SW 56 Street, Miami*

# Exhibit 3





**Andrea L**
Orlando, Florida
21  10

⊙⊙⊙⊙⊙ Reviewed May 31, 2019  📱 via mobile

### Great Cuban Food

El Palacio De Los Jugos on 87th Ave and 8th st. If you're looking for good Cuban Food look no further. This is the place to eat. So much to choose from and the prices are right. You get a lot of delicious food and their fruit is good and ripe with big beautiful sweet mangos and pineapples.
Show less

**Date of visit:** May 2019

Ask Andrea L about El Palacio De Los Jugos

👍 Thank Andrea L                                                                      🚩

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

**DevinRex**
Leonia, New Jersey
40  8

⊙⊙⊙⊙⊙ Reviewed May 10, 2019

### No frills Cuban awesomeness

My son and I got take out from this incredible Cuban quick service dive. This place is like an old '50's style car hop with walk up service. One dinner is enough food for 3 people! I had the lechon with the Morro rice and platanos madruros and my son had the chicken with yellow rice/sausage and platanos tostones. My son got the mango smoothie and I tried the guava. Everything was excellent. Not much on atmosphere so we ate at our hotel. But the food was as good as any restaurant. Definitely stop here if you are in Miami.
Show less

**Date of visit:** April 2019

See all 8 reviews by DevinRex for Miami
Ask DevinRex about El Palacio De Los Jugos

👍 Thank DevinRex                                                                      🚩

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

**Rob H**
11  4

⊙⊙⊙⊙○ Reviewed April 8, 2019  📱 via mobile

### Arroz imperial

I live in Ft Lauderdale but drive down to get the arroz imperial, so delicious as well are the juices

**Date of visit:** March 2019

👍 Thank Rob H                                                                        🚩

**995randys**
Athens, Georgia
110  37

⊙⊙⊙⊙○ Reviewed March 27, 2019

### Great Juice on a hot Afternoon

Enjoyed our fresh juice smoothies especially after a hot day at the zoo. Wish we hadn't eaten lunch yet - the food looked great.

**Date of visit:** March 2019

👍 Thank 995randys                                                                    🚩



arvinchin
new york
☑65 ᵢ▪28

⊙⊙⊙⊙⊙ Reviewed February 12, 2019

## Informal Cuban food that is better than available in Havana

Before and after going to Havana we decided to try the Cuban food in little Havana and we came accross this brightly colored chain of Cuban restaurants that seemed to have a location every where. It was clean and the food was appealing and separated by category. Prices were not apparent, but it seemed like a fair amount of food for the amount paid. Tried chicharones for the first time and it was interesting. It is deep fried pig belly that they stick in a paper bag and as I have heard you can eat it like popcorn! Kind of greasy but nice and crispy. The oil is evident on the bag but hey you only live once. Nice contrast to steamed pork belly in a Chinese restaurant, which may be a little bit healthier, but who cares? The food is placed in a styrofoam take out container and you choose a starch, rice and beans or plantains or yucca, choose a meat and/ or choose a vegetable(rarely sighted). Can't eat here 2 days in a row, unless you go to the fish category for a change. Food seems very hearty/rich so best to try different things if you go more than twice per week. Have a dessert area and fresh juices(juegos) which add to your meal. Dining area is sort of out doors but shaded. It's a treat and the food seemed better than what we got in Havana the following week, although it was more at tourist restaurants that do not seem to serve rice and beans or plantains, the staples of the Cuban people. We also wanted to try Haitiian food while in Miami, but presentation seemed better at the similar Cuban restaurant, so my wife and I chickened out after some efforts to find a good place. Maybe next time.
This wasn't Fine Food, but for good stick to your ribs Cuban food, it fit the bill. Ropa viejas is good too!
Show less

**Date of visit:** January 2019

Ask arvinchin about El Palacio De Los Jugos

 ᵢ▪ Thank arvinchin                                                ⚑

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*



Cesar B
Miami, Florida
☑3

⊙⊙⊙⊙⊙ Reviewed January 26, 2019   ☐ via mobile

## Big portions. Cheap prices

Always super cheap eat here. Big portions. Really big. You can eat and take out some The prices to love Eat the yellow rice and the bisteck in cazuela. And ask some recipient to go.

**Date of visit:** January 2019

 ᵢ▪ Thank Cesar B                                                ⚑





**Lena F.**
Miami, FL
52 friends
10 reviews

★★★★★ 7/26/2019

The. Best. Cuban. Takeout. I can't love it enough. If I could give it 10 stars I would because for one portion they do serve enough for two people. It's authentic, delicious and cheap. The only bad thing about it is that I might get fat just going here. You walk in with your order in mind and then walk out with that and more. the batidos are amazing too if you're looking for a bit of nostalgia.

Was this review …?

Useful    Funny    Cool

---

**Charles B.**
Silver Spring, MD
11 friends
61 reviews
38 photos
Elite '19

★★★★☆ 3/24/2019

Big variety of delicious Cuban food in a no frills, cafeteria style, outdoor seating restaurant. The portions are huge and there is no way you're leaving here hungry. I've had the shredded pork and the palomilla (flat steak) as my proteins. The pork is definitely the way to go. The steak was pretty dry and was a much smaller portion than the pork (also more expensive). The pork is moist and flavorful - and I crushed the mammoth portion they gave me. My sides (each time) were sweet plantains and a mixed rice that had chorizo in it. The rice was better than the palomilla! Overall, a decent, huge meal for a fair price. This is the original Palacio and (from what I've heard) the one to go to!

Pro-tip: if you're like me and budget conscious, make sure you ask how much everything is before you order! I didn't see a menu or prices and if I'd have known the palomilla was $13, I probably would not have tested it out and stuck with the pork.

Julie F. voted for this review

Useful 1    Funny    Cool

---

**Lourna M. M.**
Miami Beach, FL
121 friends
73 reviews
10 photos

★★★★☆ 7/20/2019

Literally any juice want you will find at this place. When I've been sick and needed soursop juice but without sugar, they accommodated me and made it on the spot. It's incredible the selection that they have. I have not had their food but I've had many of their juices and avocado salad and have absolutely no complaints about their service either. I like the fact that they also have a little market where you can actually purchase some of the fruits they make the juice from.
Only reason I'm not giving them a five is because I don't think the fruits are organic. I asked once and they didn't know. Usually when a place has organic produce the employees would know and make a big deal about it. Organic would be much healthier.

Was this review …?

Useful    Funny    Cool

---

**Luz M.**
North Bergen, NJ
91 friends
82 reviews
142 photos

★★★★★ 7/10/2019

1 check-in

I've been coming here since I was a kid. There's nothing special about this place, but the food is amazing. We stop here whenever we are in town for authentic Cuban homemade food. You can get your typical cafeteria food ( croquetas, pan con bistec, media noche, pan cubano, pan con lechón), café con leche, batidos and then there's the "completas" which is homemade full blown meals, with sides and salads. There's also fresh fruits, pastries, vegetables & cheeses.





**Alex K**
Los Angeles, California, USA

★★★★☆ Apr 06, 2016

I thought places like this rarely existed in the US. El Palacio is really a food court, with stalls inside and on the outside of the building, selling juice, fruit, snacks, plate lunches and sandwiches. All the seating is outdoors.

I went to the sandwich stall to order a cubano sandwich. I've been craving one since I've been here the last few days, and never had a chance to get one yet. Good crusty bread, piled high with ham and Swiss cheese, a few other cuts of meat, with a little mayo, then finished on a sandwich press. Very simple, nothing complex, but tasty. The sandwich stall also sells Cuban coffee, which is both cheap and delicious. Jet fuel for my long afternoon. Espresso shot, and scoops of sugar.

The parking lot is tiny and hard to get out of. Try to come early to avoid the crowds.

Recommended for: **Budget Travelers, Wellness, Vegetarian**

[ 👍 Helpful ]                                                                                               ▰

---

**Wandering Sober**
Atyrau, Kazakhstan

★★★★☆ Sep 10, 2016

They server great everyday Cuban food. They feed you a good amount for the money.

[ 👍 Helpful ]                                                                                               ▰

---

**Will Snow**
Mobile

★★★★★ Jan 02, 2015

The atmosphere and food are amazing. If I lived here, I would eat at this place every day. They have fresh juices, amazing Cuban food, and decadent bakery treats. So many things to taste and too little time.



[ 👍 Helpful ]                                                                                               ▰

---

**Priscilla Blossom**
**Local** from Homestead, Florida

★★★★★ Sep 20, 2014

Everyone in Miami loves El Palacio. What began as one eatery has multiplied into several throughout the city (from Little Havana to West Kendall), all thanks to the high demand for fresh juices and quality Cuban cuisine. If I had to recommend only one place to eat from that was pure "Miami", it would certainly be this one (unless you were vegetarian, then you'd have better luck at Pinolandia...El Palacio only has tasty fresh juices for us veg*ns). Try the Ropa Vieja or Pan con Bistec or some Lechon for authentic Cuban food. As for the juice, I recommend the Jugo de Melon de Agua (watermelon juice), Guarapo de Caña (sugarcane juice), or Jugo de Maracuya (passion fruit juice, also available at Pinolandia). This place also serves large portions at a cheap price.

28

# Exhibit 4



# Electronic Articles of Incorporation
## For

P18000017257
FILED
February 20, 2018
Sec. Of State
cmwood

EL PATIO DE LOS JUGOS USA CORP

The undersigned incorporator, for the purpose of forming a Florida
profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

EL PATIO DE LOS JUGOS USA CORP

## Article II

The principal place of business address:

64 W 49 ST
HIALEAH, FL.   33012

The mailing address of the corporation is:

64 W 49 ST
HIALEAH, FL.   33012

## Article III

The purpose for which this corporation is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The number of shares the corporation is authorized to issue is:

100

## Article V

The name and Florida street address of the registered agent is:

JOSE  EIRIZ
64 W 49 ST
HIALEAH, FL.   33012

I certify that I am familiar with and accept the responsibilities of
registered agent.

Registered Agent Signature:   JOSE EIRIZ

31

P18000017257
FILED
**February 20, 2018**
Sec. Of State
cmwood

## Article VI

The name and address of the incorporator is:

JOSE EIRIZ
64 W 49 ST

HIALEAH, FL. 33012

Electronic Signature of Incorporator:   JOSE EIRIZ

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  P
YOEL  HERNANDEZ
64 W 49 ST
HIALEAH, FL.  33012

Title:  VP
ILEANA  MARTINEZ
64 W 49 ST
HIALEAH, FL.  33012

Title:  T
JOSE  EIRIZ
64 W 49 ST
HIALEAH, FL.  33012

## Article VIII

The effective date for this corporation shall be:

02/20/2018

**2019  FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P18000017257

**Entity Name:** EL PATIO DE LOS JUGOS USA CORP

**Current Principal  Place of Business:**

64 W 49 ST
HIALEAH, FL  33012

**Current Mailing Address:**

13706 SW 56 STREET
 STE 105
MIAMI, FL  33175  US

**FEI Number: 82-4523574**

**Name and Address of Current Registered Agent:**

EIRIZ, JOSE
64 W 49 ST
HIALEAH, FL  33012  US

FILED
Apr 29, 2019
Secretary of State
2600222048CC

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                                                         Date

**Officer/Director Detail :**

| Title | P | | Title | T |
|---|---|---|---|---|
| Name | HERNANDEZ, YOEL | | Name | EIRIZ, JOSE |
| Address | 64 W 49 ST | | Address | 64 W 49 ST |
| City-State-Zip: | HIALEAH  FL  33012 | | City-State-Zip: | HIALEAH  FL  33012 |

| Title | SV |
|---|---|
| Name | MARTINEZ, ILEANA |
| Address | 9951 SW 147 PLACE |
| City-State-Zip: | MIAMI  FL  33175 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: HERNANDEZ , YOEL                          OFFICER                       04/29/2019

Electronic Signature of Signing Officer/Director Detail                                                                  Date

# Exhibit 6

Sanchelima & Associates, P.A.
*Attorneys at Law*                                      Patent, Trademark & Copyright Law

---

Jay Sanchelima, Reg. Patent Attorney                   Tel: 305-447-1617
Chris. J. Sanchelima, Reg. Patent Attorney             Fax: 305-445-8484
                                                       chris@sanchelima.com
                                                       www.sanchelima.com

February 15th, 2019

**VIA USPS PRIORITY MAIL**

El Patio de los Jugos
Mr. Yoel Hernandez
64 W 49th St
Hialeah, FL 33012

Re: **Infringement of EL PALACIO DE LOS JUGOS**

Dear Mr. Garcia:

The undersigned firm has been retained by, El Palacio de los Jugos, Inc., a Florida
corporation, and owner of the trademark for EL PALACIO DE LOS JUGOS. It has
recently come to our attention that you may be offering for sale and selling, a counterfeit
or false version of our client's services relating to restaurant services in the United States.
El Palacio de los Jugos, Inc. filed for the mark EL PALACIO DE LOS JUGOS on
August 13, 2009 (U.S. Serial No. 77803991) and has been using the mark in commerce
since June 1, 1989.  Your designation used for restaurant services, EL PATIO DE LOS
JUGOS, is substantially similar.

Please be advised that your sale and/or direct or indirect involvement with the above-
referenced restaurant services under the name EL PATIO DE LOS JUGOS constitutes,
among other things, False Designation of Origin under § 43(a) of the Lanham Act, 56
U.S.C. § 1125(a), dilution of El Palacio de los Jugos, Inc.'s intellectual property rights,
unfair competition and deceptive trade practices under state and federal law.  Your
actions have damages and, unless stopped immediately, will continue to cause irreparable
damage and its goodwill and reputation among the trade and consuming public.  In light
of the foregoing, **You may be exposed to liability for substantial monetary damages
and lost profits.**  The penalties of such activity may include injunctive relief, actual
damages, treble or statutory damages under 15 U.S.C. § 1117(c)(2).  In addition, in the
event that your conduct is found to be **malicious, fraudulent, deliberate, and willful** the
undersigned counsel will seek costs and **attorney's fees** pursuant to Section 35(a) of the
Lanham Act, 15 U.S.C. § 1117(a).

35

This matter is of serious concern to our client.  Accordingly, the undersigned counsel has been instructed to demand that you, your company and all agents, representatives, distributors, licenses, affiliates, and all others directly involved with your company using the infringing EL PATIO DE LOS JUGOS name. Hereby, **immediately cease and desist** from any and all future sales bearing marks substantially indistinguishable or identical to our client's intellectual property.

In view of the urgency of this serious matter, we require your written confirmation that you and your company has ceased its infringement of EL PATIO DE LOS JUGOS as well as your full compliance with the demands stated in this letter, by no later than **February 22, 2019.**  If we do not hear from you by the date stated above, El Palacio de los Jugos, Inc., is prepared to take immediate action to protect its valuable rights, including but not limited to the filing of an action in Federal Court seeking damages, punitive damages, attorney's fees and costs, to the extent available under federal and state law.

This letter does not constitute an exhaustive statement of our client's position, nor does it constitute a waiver or limitation of any legal or equitable rights of our client, all of which are expressly reserved.

If you have any further questions, you may call the number above to reach undersigned counsel.

Sincerely,
SANCHELIMA & ASSOCIATES, P.A.

By:

Christian J. Sanchelima, Esq.,
Sanchelima & Associates, P.A.
235 SW 42 Ave,
Miami, FL 33134
chris@sanchelima.com
305-447-1617

36

# Exhibit 7

# United States of America
## United States Patent and Trademark Office

### EL PALACIO DE LOS JUGOS

**Reg. No. 3,774,424**
**Registered Apr. 13, 2010**

EL PALACIO DE LOS JUGOS, INC. (FLORIDA CORPORATION)
5721 W FLAGLER ST
MIAMI, FL 331443433

**Int. Cl.: 43**

FOR: RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

**SERVICE MARK**

FIRST USE 6-1-1989; IN COMMERCE 6-1-1989.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "JUGOS", APART FROM THE
MARK AS SHOWN.

THE ENGLISH TRANSLATION OF "EL PALACIO DE LOS JUGOS" IN THE MARK IS THE
PALACE OF THE JUICES.

SER. NO. 77-803,991, FILED 8-13-2009.

RAUL CORDOVA, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

38